**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Deborah M. Thomas   CHAPTER 13
<u>Debtor(s)</u>

BKY. NO. 23-22781 JAD

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Trustee for MERRILL LYNCH MORTGAGE INVESTORS TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-NC1 and index same on the master mailing list.

Respectfully submitted,


/s/ Denise Carlon
PA Western BK
15 Jul 2024, 20:23:19, EDT

Denise Carlon, Esq. (317226)  ☑
Brent Lemon, Esq. (86478)  ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com