**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DEBORAH M. THOMAS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>     Movant<br>  vs.<br>No Repondents. | Case No.:23-22781 JAD<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 12/29/2023 and confirmed on 03/05/2024. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 1,360.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 1,360.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 989.30 | |
|   Trustee Fee | 81.60 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,070.90 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   DEUTSCHE BANK NTC - TRUSTEE ET AL | 0.00 | 284.10 | 0.00 | 284.10 |
|     Acct: 9006 | | | | |
|   DEUTSCHE BANK NTC - TRUSTEE ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9006 | | | | |
|   DEUTSCHE BANK NTC - TRUSTEE ET AL | 41,430.79 | 0.00 | 0.00 | 0.00 |
|     Acct: 9006 | | | | |
| | | | | 284.10 |
| **Priority** | | | | |
|   BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DEBORAH M. THOMAS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DEBORAH M. THOMAS | 5.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 4,500.00 | 989.30 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 5,000.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 23-22781 JAD | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
| Acct: XXXXXXXXXXXXXXXXXX2781 | | | | |
| | | | | 5.00 |
| **Unsecured** | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 545.79 | 0.00 | 0.00 | 0.00 |
| Acct: 2590 | | | | |
| FORTIVA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0035 | | | | |
| LVNV FUNDING LLC | 624.38 | 0.00 | 0.00 | 0.00 |
| Acct: 9184 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 482.53 | 0.00 | 0.00 | 0.00 |
| Acct: 9968 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 966.22 | 0.00 | 0.00 | 0.00 |
| Acct: 0875 | | | | |
| DAVID THOMAS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***NONE***

| TOTAL PAID TO CREDITORS | | 289.10 |
|---|---|---|

TOTAL CLAIMED
PRIORITY           5.00
SECURED       41,430.79
UNSECURED      2.618.92

Date: 04/10/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com